Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  702-385-2500
Facsimile:  702-385-2086
sflinders@hutchlegal.com

*Attorney for Defendant*
*American Family Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN LYNN, individual<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY; and DOES 1 through 10, and ROE Corporations I through X, inclusive,<br><br>Defendants. | CASE NO.: 3:18-cv-00141-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Dawn Lynn and Defendant American Family Mutual Insurance Company, by and through their counsel of record, hereby stipulate under FRCP 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated this 20th day of December, 2018.        Dated this 20th day of December, 2018.

GOLIGHTLY & VANNAH, PLLC        HUTCHISON & STEFFEN, PLLC

*/s/ Tamara Vannah*        */s/ Scott A. Flinders*
TAMARA VANNAH, ESQ. (10661)        SCOTT A. FLINDERS, ESQ. (6975)
5555 Kietzke Lane, Suite 150        Peccole Professional Park
Reno, Nevada 89511        10080 West Alta Drive, Suite 200
*Attorneys for Plaintiff*        Las Vegas, Nevada 89145
        *Attorney for Defendant*

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under FRCP 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: December 20, 2018

_____
UNITED STATES DISTRICT JUDGE